**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7735

QUINTIS DYE,

Plaintiff - Appellant,

versus

CHRIS BATTEN, Sheriff; ALEXANDER SINGLETARY,
Deputy Sheriff; GREGG COLE; CLEMINTINE
THOMPSON; RONALD HEWETT, Sheriff; JANE EVANS,
Deputy Sheriff; KEVIN HOLDEN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior
District Judge.  (5:06-cv-03034-H)

Submitted:  December 14, 2006      Decided:  December 22, 2006

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Quintis Dye, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quintis Dye appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dye v. Batten, No. 5:06-cv-03034-H (E.D.N.C. Oct. 4, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED